Attachment for Contempt CO-528 (Rev. - DC 4/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**In Re:** JOHN EWING
DOB: 4/22/76

Case: 1:07-mc-00246
Assigned To : Roberts, Richard W.
Assign. Date : 6/1/2007
Description: 06-100 RWR

## ATTACHMENT FOR CONTEMPT

### TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

**You are hereby commanded to arrest** _____JOHN EWING_____ whose address is 15313 MAPLE DRIVE, ACCOKEE, MD 20607, WORK: LONGWORTH HOUSE OFFICE BLDG. INDEPENDENCE AVE. NW WDC and bring him/her forthwith before the United States District Court for the District of Columbia for the reason that he/she:

☐ willfully failed to appear after having been served with a subpoena

OR

☐ willfully evaded service of a subpoena pursuant to Title 18 USC 3144.

☐ You are further commanded to detain _____ in your custody until he/she is discharged by the Court.

OR

☑ You are hereby commanded to bring said person forthwith to Courtroom __9__, United States District Court for the District of Columbia.

Upon order of the Honorable _____RICHARD W. ROBERTS_____, United States District Judge this _1ST_ day of _____JUNE_____, _2007_.

NANCY MAYER-WHITTINGTON, Clerk

By: _Wayne K. Burwell_ (signature)
(Deputy Clerk)

---

**RETURN***
DISTRICT OF COLUMBIA
Received the within warrant the __1st__ day of __June__, 20__07__ and executed same.

By: _William Mardin  DUSM_ (signature)